UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FREDERICK BOOTH, )
    Plaintiff, )
)
v. ) No.: 3:18-CV-229-TAV-HBG
)
TONY PARKER, )
MIKE PARRIS, )
RUSTY HALL, )
STANTON HIEDLE, and )
J. GRUBBS, )
)
    Defendants. )

## JUDGMENT ORDER

For the reasons expressed in the memorandum opinion filed this day, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

The Court **CERTIFIES**, for the reasons contained in the memorandum opinion, that any appeal taken from this decision would not be taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ John L. Medearis
    CLERK OF COURT